5/93) Warrant for Arrest  AUSA Graham L. Teall (313) 226-9118

# United States District Court

__EASTERN__ DISTRICT OF __MICHIGAN - SD__

UNITED STATES OF AMERICA

v.

Franklin Ray

**WARRANT FOR ARREST**

CASE NUMBER: 05-80958

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Franklin Ray__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| Indictment | Information | Complaint | X Order of Court | Violation Notice | Probation Violation Petition |

charging him or her with (brief description of offense)

Failure to Appear

in violation of Title __18__ United States Code, Section(s) __3146__

_____  U.S. Magistrate Judge
Name of Issuing Officer   Title of Issuing Officer

_____  October 2, 2008/Detroit, Michigan
Signature of Issuing Officer   Date and Location

Bail fixed at $ _____ by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED 10/2/08 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/2/08 | DUSM / Joseph Abdulkh | |

AO 442 (Rev. 5/93) Warrant for Arrest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FRANKLIN RAY,

        Defendant.
_____/

CRIMINAL NO. 05-80958

HONORABLE ARTHUR J. TARNOW

## MOTION FOR ISSUANCE OF BENCH WARRANT AND FORFEITURE OF BOND

NOW COMES THE UNITED STATES, by its Attorney and states unto this Honorable Court as follows:

1. That **Franklin Ray,** defendant herein, was given due notice to appear for voluntary surrender to FCI Elkton on October 1, 2008 and failed to appear as instructed, in violation of the conditions heretofore set in this cause.

WHEREFORE, THE UNITED STATES moves this Court to issue a Warrant for his arrest and for cancellation and forfeiture of his bond.

TERRENCE BERG
Acting United States Attorney

_____
F. WILLIAM SOISSON
Assistant U.S. Attorney

DATED: October 2, 2008

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

FRANKLIN RAY,

        Defendant.
_____/

CRIMINAL NO. 05-80958

HONORABLE ARTHUR J. TARNOW

## ORDER

Upon the facts alleged by the United States in its motion, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Clerk of the Court issue a Warrant of Arrest to the United States Marshal and that the United States Marshal take into custody the said **FRANKLIN RAY** in accordance with the law, and that he be brought before this Court FORTHWITH for such proceedings as the Court may determine and that his bond be canceled and forfeited.

*ARTHUR J. TARNOW*

_____
ARTHUR J. TARNOW
UNITED STATES DISTRICT JUDGE

Dated: OCT 0 2 2008

Warrant of Arrest Issued:_____